IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**STEPHEN J. BALISE, M.D.,**

    **Plaintiff,**

v.                                              Civil Action No. 1:24-cv-2

**BRITTANY JACKSON,**

    **Defendant.**

## ORDER OF REFERRAL

Pursuant to Title 28, United States Code §§ 636(b)(1)(A) and 636(b)(1)(B) and L.R. Civ. P. 7.02(c) and 72.01, the Court **REFERS** this action, to the Honorable Michael J. Aloi, United States Magistrate Judge, to conduct a scheduling conference and issue a scheduling order, for written orders or reports and recommendations, as the case may be, regarding any motions filed, and to dispose of any other matters that may arise.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein, to pro se Plaintiff, return receipt requested, and to the Honorable Michael J. Aloi, United States Magistrate Judge.

**DATED:** January 4, 2024

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA