# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG

STEPHEN J. BALISE, M.D.,

**Plaintiff**,

v.

BRITTANY JACKSON,

**Defendant**.

CIVIL ACTION NO.: 1:24-CV-2
(JUDGE KLEEH)

### ORDER FOR *PRO SE* PLAINTIFF TO SHOW CAUSE AND ORDER RESCHEDULING MOTION HEARING

This matter is before the undersigned United States Magistrate Judge pursuant to a Referral Order [ECF No. 5] entered on January 4, 2024 by the Hon. Thomas S. Kleeh, Chief United States District Judge. Presently pending before the Court is Defendant's motion to compel [ECF No. 28] concerning discovery.

By Order [ECF No. 29] of May 1, 2024, the undersigned scheduled the matter for a hearing on the motion on May 8, 2024, to be conducted by videoconference/teleconference. The Clerk of the Court transmitted a copy of that Order [ECF No. 29] to *pro se* Plaintiff by certified mail, return receipt requested. A review of the United States Postal Service ("USPS") platform for tracking of such items reveals that USPS attempted delivery of the item to Plaintiff on May 6, 2024, but was unsuccessful in delivery. Per the platform, USPS left a note with instructions for how to retrieve the item, which was available beginning May 7, 2024.

As of the time of the hearing on May 8, 2024, the information on the USPS platform indicated that Plaintiff had failed to retrieve the item. Moreover, while counsel for Defendant appeared for the hearing, *pro se* Plaintiff did not.

1

Accordingly, *pro se* Plaintiff is **ORDERED** to show cause, if any he can, by making appropriate written filing herein **no later than May 29, 2024**, for his failure to appear in this matter as previously ordered. In so doing, Plaintiff is **ORDERED** to show cause, if any he can, why Defendant's motion to compel [ECF No. 28] should not be granted for Plaintiff's failure to respond to the motion and to appear for a hearing on the motion. Plaintiff's failure to respond to this Order to Show Cause and failure to appear for the hearing scheduled herein may result in adverse action with respect to the pending motion and/or other action adverse to Plaintiff.

As such, the Court hereby **SCHEDULES** this matter for a hearing on both this Order to Show Cause and **RESCHEDULES** the Motion Hearing on Defendant's motion to compel [ECF. No. 28] for **Thursday, May 30, 2024 at 3:30 p.m.**

*Pro se Plaintiff is advised that at the hearing on May 30, 2024, the Court will address the issue of his representation by legal counsel as raised in Defendant's motion to compel. To the extent which Plaintiff indeed has retained counsel who is expected to appear herein, Plaintiff should assure that such counsel files an appropriate notice of appearance herein prior to the hearing and then appears at that hearing. And to the extent which pro se Plaintiff has utilized ghostwriting in this matter, Plaintiff is advised that the Court will inquire as to the existence and identity of any such ghostwriter and whether that person is licensed to practice in this District.*

The hearing on May 30, 2024 will be conducted remotely, **using the Court's Zoom videoconferencing/teleconferencing credentials.** To join the meeting, participants may connect either by video or by telephone. Participants can connect by video by using the following link: https://www.zoomgov.com/j/1605681245?pwd=OU1BTDFQUDkraHA4U3Zpd1BIQW0rQT09 . Alternatively, participants may connect by telephone by calling (646) 828 7666, then entering

Meeting ID 160 568 1245 and Passcode 43281. If participants have trouble connecting, they may contact Magistrate Judge Aloi's Law Clerk, Nathan J. Fetty, directly by calling (304) 637-2239 or sending e-mail to nathan_fetty@wvnd.uscourts.gov. In addition, if parties wish to receive the Zoom hyperlink by email, they may request the same by contacting the above-noted Law Clerk.

It is all so **ORDERED**.

The Clerk of the Court is **DIRECTED** to send a copy of this Order to all *pro se* parties by certified mail, return receipt requested, to their last known addresses as shown on the docket, and to counsel of record by electronic means.

**DATED: May 9, 2024.**

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE