IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

| | | |
|---|---|---|
| STEPHEN J. BALISE, M.D., | ) | CASE NO.: 1:24-cv-2 |
| | ) | |
| Plaintiff, | ) | Judge Thomas S. Kleeh |
| | ) | Magistrate Judge Michael J. Aloi |
| v. | ) | |
| | ) | |
| BRITTANY JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S MOTION TO
CONTINUE DEFENDANT'S EXPERT DISCLOSURE DEADLINE**

Pending before the Court is *Defendant's Second Motion to Continue Scheduling Order Deadlines*. The Court finds that good cause has been shown to extend certain deadlines set forth in the Scheduling Order entered on February 22, 2024 [ECF No. 17), as amended by the *Order Amending Scheduling Order and Granting Defendant's Motion to Continue Defendant's Expert Witness Deadline.* [ECF No. 22].

Therefore, Defendant's Motion is **GRANTED**, and thus:

1. Defendant's expert disclosure deadline is August 2, 2024.

2. The deadline for examinations/inspections is September 13, 2024

3. The deadline for the completion of discovery is October 4, 2024.

4. All other provisions of the Scheduling Order remain in effect.

It is all so **ORDERED**. The Clerk is **DIRECTED** to provide copies of this Order to Plaintiff by certified mail, return receipt requested, and to all counsel of record by electronic means.

Entered May 15, 2024

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE