IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

| | |
|---|---|
| STEPHEN J. BALISE, M.D.,<br><br>**Plaintiff**,<br><br>v.<br><br>BRITTANY JACKSON,<br><br>**Defendant**. | CIVIL ACTION NO.: 1:24-CV-2<br>(JUDGE KLEEH) |

### ORDER GRANTING *PRO SE* MOTION TO CONTINUE [ECF NO. 37] MOTION HEARING

This matter is before the undersigned United States Magistrate Judge pursuant to a Referral Order [ECF No. 5] entered on January 4, 2024 by the Hon. Thomas S. Kleeh, Chief United States District Judge. Pending before the Court is *pro se* Plaintiff's motion to continue [ECF No. 37] the hearing set before the undersigned on May 30, 2024.

For reasons appearing to the Court, the request to continue the hearing [ECF No. 37] is hereby **GRANTED**. It is so **ORDERED**. It is further **ORDERED** that the Motion Hearing on Defendant's motion to compel [ECF No. 28] and hearing on the Order to Show Cause [ECF No. 31] is hereby **CONTINUED** to **Thursday, June 6, 2024 at 3:00 p.m.** by Zoom videoconference/teleconference.

*Pro se Plaintiff is advised that at the hearing on June 6, 2024, the Court will address the issue of his representation by legal counsel as raised in Defendant's motion to compel. To the extent which Plaintiff indeed has retained counsel who is expected to appear herein, Plaintiff should assure that such counsel files an appropriate notice of appearance herein prior to the hearing and then appears at that hearing. And to the extent which pro se Plaintiff has utilized ghostwriting in this matter, Plaintiff is advised that the Court will inquire as to the existence*

1

*and identity of any such ghostwriter and whether that person is licensed to practice in this District.*

The hearing on June 6, 2024 will be conducted remotely, **using the Court's Zoom videoconferencing/teleconferencing credentials.** To join the meeting, participants may connect either by video or by telephone. Participants can connect by video by using the following link: https://www.zoomgov.com/j/1605681245?pwd=OU1BTDFQUDkraHA4U3Zpd1BIQW0rQT09 . Alternatively, participants may connect by telephone by calling (646) 828 7666, then entering Meeting ID 160 568 1245 and Passcode 43281. If participants have trouble connecting, they may contact Magistrate Judge Aloi's Law Clerk, Nathan J. Fetty, directly by calling (304) 637-2239 or sending e-mail to nathan_fetty@wvnd.uscourts.gov. In addition, if parties wish to receive the Zoom hyperlink by email, they may request the same by contacting the above-noted Law Clerk.

It is all so **ORDERED**.

The Clerk of the Court is **DIRECTED** to send a copy of this Order to all *pro se* parties by certified mail, return receipt requested, to their last known addresses as shown on the docket, and to counsel of record by electronic means.

**DATED: May 24, 2024.**

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE