IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| STEPHEN J. BALISE, M.D., | ) | |
| | ) | CIVIL CASE NO: 1:24-cv-2 |
| Plaintiff, | ) | |
| v. | ) | Judge Thomas S. Kleeh |
| | ) | Magistrate Judge Michael J. Aloi |
| BRITTANY JACKSON | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of the foregoing Motion for *Pro Hac Vice* Admission and the Application for Admission Pro Hac Vice of Daniel R. Lavoie, Esq., it is ORDERED that the Motion for *Pro Hac Vice* Admission be, and the same is hereby, GRANTED, and it is further ORDERED that the Application for Admission Pro Hac Vice be, and the same is hereby, APPROVED and that the applicant, Daniel R. Lavoie, Esq., may appear pro hac vice in this matter on behalf of the represented party.

ENTER:   June 5, 2024

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE