# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT CLARKSBURG

| | |
|---|---|
| **STEPHEN J. BALISE, M.D.,** ) | **CASE NO.: 1:24-cv-2** |
| Plaintiff, ) | |
| ) | **Judge Thomas S. Kleeh** |
| ) | **Magistrate Judge Michael J. Aloi** |
| v. ) | |
| ) | |
| **BRITTANY JACKSON,** ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT UNDER SEAL

For good cause, *Defendant's Motion For Leave To File Motion For Summary Judgment Under Seal* is hereby **GRANTED**. Defendant shall be afforded leave to file her *Defendant Brittany Jackson's Motion for Summary Judgment, Defendant Brittany Jackson's Memorandum of Law in Support of Motion for Summary Judgment*, and **Exhibits 2, 7, 10, 12**, and **18** attached thereto, **UNDER SEAL**.

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

Dated: October 3, 2024

_____
Thomas S. Kleeh, Chief Judge
Northern District of West Virginia