# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT CLARKSBURG

| | |
|---|---|
| **STEPHEN J. BALISE, M.D.,** | ) CASE NO.: 1:24-cv-2 |
| Plaintiff, | ) |
| | ) **Judge Thomas S. Kleeh** |
| v. | ) **Magistrate Judge Michael J. Aloi** |
| | ) |
| **BRITTANY JACKSON,** | ) |
| Defendant. | ) |

## ORDER GRANTING DEFENDANT'S MOTION TO EXCEED PAGE LIMITATION

For good cause, *Defendant Brittany Jackson's Motion to Exceed Page Limit* is hereby **GRANTED** [ECF No. 82]. The Clerk **SHALL FILE SEPARATELY** *Defendant Brittany Jackson's Memorandum in Support of Motion for Summary Judgment (Filed Under Seal)* [ECF No. 82-1].

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

Dated: October 4, 2024

_____
Thomas S. Kleeh, Chief Judge
Northern District of West Virginia