# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **STEPHEN J. BALISE, M.D.,** ) | |
| ) | **CIVIL CASE NO: 1:24-cv-2** |
| **Plaintiff,** ) | |
| v. ) | **Judge Thomas S. Kleeh** |
| ) | **Magistrate Judge Michael J. Aloi** |
| **BRITTANY JACKSON** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER GRANTING PLAINTIFF'S MOTION TO REFER
### PLAINTIFF'S MOTION TO CONTINUE TRIAL AND
### AMEND SCHEDULING ORDER TO THE MAGISTRATE JUDGE

Pending before the Court is Plaintiff's Motion to Continue Trial and Amend Scheduling Order [ECF No. 84]. Also pending before the Court is Plaintiff's Motion to Refer Plaintiff's Motion to Continue Trial and Amend Scheduling Order to the Magistrate Judge [ECF No. 99]. For good cause, Plaintiff's Motion to Refer Plaintiff's Motion to Continue Trial and Amend Scheduling Order to the Magistrate Judge [ECF No. 99] is hereby **GRANTED**. Accordingly, pursuant to 28 U.S.C. § 636(b)(1)(B), Plaintiff's Motion to Continue Trial and Amend Scheduling Order [ECF No. 84] is **REFERRED** to Magistrate Judge Michael J. Aloi, who is designated and authorized to consider the record and do all things proper to render a decision. The magistrate judge may, without limitation, conduct a hearing if necessary, and enter into the record written order disposing of the motion.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record and to the Honorable Michael J. Aloi, United States Magistrate Judge.

Dated: October 9, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　 _/s/ Tom S Kleeh_
　　　　　　　　　　　　　　　　　　　　　　　　　　　 Thomas S. Kleeh, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　 Northern District of West Virginia

1