IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

| | |
|---|---|
| **STEPHEN J. BALISE, M.D.,**<br><br>**Plaintiff**,<br><br>v.<br><br>**BRITTANY JACKSON,**<br><br>**Defendant**. | **CIVIL ACTION NO.: 1:24-CV-2**<br>**(JUDGE KLEEH)** |

### ORDER SETTING HEARING ON PLAINTIFF'S MOTION [ECF NO. 84] TO CONTINUE TRIAL AND AMEND SCHEDULING ORDER

Presently pending before the Court is a motion [ECF No. 84] to continue the trial and amend the Scheduling Order, filed by Plaintiff on October 4, 2024. By Referral Order [ECF No. 101] entered on October 9, 2024, the Hon. Thomas S. Kleeh, Chief United States District Judge, referred the matter to the undersigned United States Magistrate Judge to conduct a hearing on the motion and enter an order addressing the same.

Accordingly, the undersigned hereby **SCHEDULES** the matter for a Motion Hearing on the motion [ECF No. 90] on **Thursday, October 17, 2024 at 2:00 p.m.** by videoconference/teleconference.

The Motion Hearing will be conducted remotely, **using the Court's Zoom videoconferencing/teleconferencing credentials.** To join the meeting, participants may connect either by video or by telephone. Participants can connect by video by using the following link: https://www.zoomgov.com/j/1605681245?pwd=OU1BTDFQUDkraHA4U3Zpd1BIQW0rQT09 . Alternatively, participants may connect by telephone by calling (646) 828-7666, then entering Meeting ID 160 568 1245 and Passcode 43281. If participants have trouble connecting, they may

1

contact Magistrate Judge Aloi's Law Clerk, Nathan J. Fetty, directly by calling (304) 637-2239 or sending e-mail to nathan_fetty@wvnd.uscourts.gov. In addition, if parties wish to receive the Zoom hyperlink by email, they may request the same by contacting the above-noted Law Clerk.

Further, counsel for Plaintiff and counsel for Defendant are **ORDERED** to meet and confer, by telephone or other real-time means of communication, as to the pending motion prior to the hearing scheduled herein. If the parties resolve all of the matters raised in the motion, counsel for the movant shall notify the Court forthwith, by contacting the above-noted Law Clerk. If the parties do not resolve the matters raised in the motion, the Court will inquire as to the same during the aforementioned hearing.

It is all so **ORDERED**.

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to any parties who appear *pro se* by certified mail, return receipt requested, and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED: October 9, 2024.**

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE