IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| STEPHEN J. BALISE, M.D., | ) CASE NO.: 1:24-cv-2 |
| Plaintiff, | ) |
| | ) Judge Thomas S. Kleeh |
| v. | ) Magistrate Judge Michael J. Aloi |
| | ) |
| BRITTANY JACKSON, | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE
MOTION TO STAY TRIAL AND MEMORANDUM IN SUPPORT UNDER SEAL**

For good cause, *Defendant's Motion For Leave To File Motion to Stay Trial and Memorandum in Support Under Seal* is hereby **GRANTED**. Defendant shall be afforded leave to file *Defendant Brittany Jackson's Motion to Stay Trial* and *Defendant Brittany Jackson's Memorandum of Law in Support of Motion to Stay Trial*, **UNDER SEAL**.

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

Dated: March 27, 2025

_____
Thomas S. Kleeh, Chief Judge
Northern District of West Virginia