IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

| | |
|---|---|
| STEPHEN J. BALISE, M.D.,<br><br>**Plaintiff**,<br><br>v.<br><br>BRITTANY JACKSON,<br><br>**Defendant**. | CIVIL ACTION NO.: 1:24-CV-2<br>(JUDGE KLEEH) |

## ORDER FURTHER SETTING STATUS CONFERENCE ON DEFENDANT'S MOTION TO STAY TRIAL [ECF NO. 117] AND PLAINTIFF'S MOTION TO COMPEL DISCOVERY [ECF NO. 119]

Presently pending before the Court are two motions: (1) Defendant's motion [ECF No. 117] to stay the trial herein, and (2) Plaintiff's motion [ECF No. 119] to compel discovery. By Referral Order [ECF No. 120] entered on April 8, 2025, the Hon. Thomas S. Kleeh, Chief United States District Judge, referred the matter to the undersigned United States Magistrate Judge to conduct a hearing on the motions, enter a Report and Recommendation as to Defendant's motion [ECF No. 117], and enter an order addressing Plaintiff's motion. [ECF No. 119].

The Court convened a Status Conference on April 11, 2025, by videoconference, at which appeared counsel for the respective parties. As set forth on the record, the Court hereby schedules a further Status Conference concerning the two referred motions, which will be held before the undersigned on **Thursday, April 17, 2025 at 11:00 a.m.** by videoconference/teleconference. It is so **ORDERED**.

The Status Conference will be conducted remotely, **using the Court's Zoom videoconferencing/teleconferencing credentials.** To join the meeting, participants may connect either by video or by telephone. Participants can connect by video by using the following link: https://www.zoomgov.com/j/1605681245?pwd=OU1BTDFQUDkraHA4U3Zpd1BIQW0rQT09 . Alternatively, participants may connect by telephone by calling (646) 828-7666, then entering Meeting ID 160 568 1245 and Passcode 43281. If participants have trouble connecting, they may contact Magistrate Judge Aloi's Law Clerk, Nathan J. Fetty, directly by calling (304) 637-2239 or sending e-mail to nathan_fetty@wvnd.uscourts.gov. In addition, if parties wish to receive the Zoom hyperlink by email, they may request the same by contacting the above-noted Law Clerk.

It is all so **ORDERED**.

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to any parties who appear *pro se* by certified mail, return receipt requested, and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED: April 11, 2025**

_____
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE