IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**STEPHEN J. BALISE, M.D.,**

      **Plaintiff,**

  **v.**                            **Civil Action No. 1:24-cv-2**

**BRITTANY JACKSON,**

      **Defendant.**

## ORDER OF REFERRAL [ECF NO. 133]

Pending before the Court is *Defendant Brittany Jackson's Motion to Include Expert Disclosure Deadlines in Second Amended Scheduling Order* [ECF No. 133]. For reasons appearing to the Court, pursuant to 28 U.S.C. § 636(b)(1)(B), the motion is **REFERRED** to Magistrate Judge Michael J. Aloi, who is designated and authorized to consider the record and do all things proper to render a decision. The magistrate judge may, without limitation, conduct a hearing if necessary, and enter into the record written order disposing of the motion.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record and to the Honorable Michael J. Aloi, United States Magistrate Judge.

**DATED**: April 18, 2025

                                                    */s/ Thomas S. Kleeh*
                                        THOMAS S. KLEEH, CHIEF JUDGE
                                        NORTHERN DISTRICT OF WEST VIRGINIA