IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| **STEPHEN J. BALISE, M.D.,** | ) CASE NO.: 1:24-cv-2 |
| Plaintiff, | ) |
| | ) Judge Thomas S. Kleeh |
| v. | ) Magistrate Judge Michael J. Aloi |
| | ) |
| **BRITTANY JACKSON,** | ) |
| Defendant. | ) |

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION TO COMPEL RESPONSE TO SUBPOENA AND PRODUCTION OF DOCUMENTS UNDER SEAL

For good cause, Defendant's *Motion for Leave to File Motion to Compel Response to Subpoena and Production of Documents*, is hereby **GRANTED**. Defendant shall be afforded leave to file her *Motion to Compel Response to Subpoena and Production of Documents* **UNDER SEAL**.

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

Dated: \_\_June 18\_\_, 2025

_____
Thomas S. Kleeh, Chief Judge
Northern District of West Virginia