```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**STEPHEN J. BALISE, M.D.,**

    **Plaintiff,**

  v.                                                 Civil Action No. 1:24-cv-02

**BRITTANY JACKSON,**

    **Defendant.**

### ORDER OF REFERRAL [ECF NOS. 158, 156]

Pending before the Court is *Defendant's Objection to Plaintiff's Intent to Issue Subpoena to Matthew Ratliff* [ECF No. 158] and the contested *Notice of Intent to Issue Subpoena* [ECF. No. 156]. For reasons appearing to the Court, pursuant to 28 U.S.C. § 636(b)(1)(B), the Objection [ECF No. 158] and Notice [ECF. No. 156] are **REFERRED** to Magistrate Judge Michael J. Aloi, who is designated and authorized to consider the record and do all things proper to render a decision. The magistrate judge may, without limitation, conduct a hearing if necessary, and enter into the record a written order disposing of any matters that may arise.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to all counsel of record and to the Honorable Michael J. Aloi, United States Magistrate Judge.

**DATED:** June 23, 2025

                                        */s/ Thomas S. Kleeh*
                              THOMAS S. KLEEH, CHIEF JUDGE
                              NORTHERN DISTRICT OF WEST VIRGINIA