# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG

| | |
|---|---|
| **STEPHEN J. BALISE, M.D.,** | |
| **Plaintiff**, | |
| v. | **CIVIL ACTION NO.: 1:24-CV-2** |
| **BRITTANY JACKSON,** | **(JUDGE KLEEH)** |
| **Defendant**. | |

### ORDER SETTING HEARING ON PLAINTIFF'S NOTICE [ECF NO. 156] OF INTENT TO ISSUE SUBPOENA AND DEFENDANT'S OBJECTIONS [ECF NO. 158] THERETO

Presently pending before is Plaintiff's notice [ECF No. 156] of intent to issue subpoena, filed on June 19, 2025, and Defendant's objections thereto [ECF No. 158], also filed on June 19, 2205. By Referral Order [ECF No. 161] entered on June 23, 2025, the Hon. Thomas S. Kleeh, Chief United States District Judge, referred the issue to the undersigned United States Magistrate Judge to conduct a hearing and enter an order addressing the same.

Accordingly, the Court hereby schedules a hearing on the referred issue for **Tuesday, July 1, 2025 at 9:00 a.m**. It is so **ORDERED**. It is further **ORDERED** that Plaintiff shall file a response to Defendant's objections [ECF No. 158] on or before **June 27, 2025**.

The hearing will be conducted remotely, **using the Court's Zoom videoconferencing/teleconferencing credentials.** To join the meeting, participants may connect either by video or by telephone. Participants can connect by video by using the following link: https://www.zoomgov.com/j/1605681245?pwd=OU1BTDFQUDkraHA4U3Zpd1BIQW0rQT09 . Alternatively, participants may connect by telephone by calling (646) 828-7666, then entering Meeting ID 160 568 1245 and Passcode 43281. If participants have trouble connecting, they may

1

contact Magistrate Judge Aloi's Law Clerk, Nathan J. Fetty, directly by calling (304) 637-2239 or sending e-mail to nathan_fetty@wvnd.uscourts.gov. In addition, if parties wish to receive the Zoom hyperlink by email, they may request the same by contacting the above-noted Law Clerk.

Further, counsel for the respective parties are **ORDERED** to meet and confer, by telephone or other real-time means of communication, as to the referred issue prior to the hearing scheduled hereby. If the parties resolve all of the matters raised, counsel for Defendant shall notify the Court forthwith, by contacting the above-noted Law Clerk. If the parties do not resolve the issue, then the Court will inquire as to the meet and confer efforts during the aforementioned hearing.

It is all so **ORDERED**.

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to any parties who appear *pro se* by certified mail, return receipt requested, and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED: June 23, 2025**

_____
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE