IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| **STEPHEN J. BALISE, M.D.,** ) | **CASE NO.: 1:24-cv-2** |
| ) | |
| Plaintiff, ) | **Judge Thomas S. Kleeh** |
| ) | **Magistrate Judge Michael J. Aloi** |
| v. ) | |
| ) | |
| **BRITTANY JACKSON,** ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S OBJECTION TO PLAINTIFF'S INTENT TO ISSUE SUBPOENA TO MATTHEW RATLIFF UNDER SEAL

Now Comes Defendant, Brittany Jackson, by counsel, and respectfully moves the Court to file her *Memorandum of Law in Support of Defendant's Objection to Plaintiff's Intent to Issue Subpoena to Matthew Ratliff* under seal due to the confidential information referenced within the *Motion*. The *Motion* contains references to an *Order of Protection* entered by an Ohio Court in favor of Ms. Jackson and against her current husband. Permitting this *Memorandum* to be filed under seal strikes the appropriate balance between Defendant's need to utilize the information to explain her current situation and the irrelevance of Plaintiff's intended subpoena, while also affording both her and her current husband privacy and protection from having these sensitive documents laid out on the public record of this Court where their dispute is not pending and has no relevance. Further, such a sealing is consistent with protections for documents similar to those at issue recognized under both Ohio and West Virginia law.

WHEREFORE, Ms. Jackson respectfully requests that the Court grant this *Motion* requesting leave to file her *Memorandum of Law in Support of Defendant's Objection to Plaintiff's Intent to Issue Subpoena to Matthew Ratliff* under seal. As required by Local Rule 26.05(b)(2), a

26315240.1

*Memorandum of Law* in support of this *Motion* is attached as **Exhibit A**, and a proposed Order granting this *Motion* is attached for this Court's consideration as **Exhibit B**.

Respectfully submitted this 25th day of June, 2025.

/s/ R. Mitch Moore
Crystal Bombard-Cutright, Esq. (WV Bar # 11631)
R. Mitch Moore (WV Bar # 13659)
Steptoe & Johnson PLLC
1000 Swiss Pine Way, Suite 200
P.O. Box 1616
Morgantown, WV 26507-1616
Phone: 304-598-8000
*Counsel for Defendant Brittany Jackson*

26315240.1

**IN THE UNITED STATES DISTRICTCOURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

| | | |
|---|---|---|
| **STEPHEN J. BALISE, M.D.,** | ) | **CASE NO.: 1:24-cv-2** |
| | ) | |
| **Plaintiff,** | ) | **Judge Thomas S. Kleeh** |
| | ) | **Magistrate Judge Michael J. Aloi** |
| v. | ) | |
| | ) | |
| **BRITTANY JACKSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that **DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S OBJECTION TO PLAINTIFF'S INTENT TO ISSUE SUBPOENA TO MATTHEW RATLIFF UNDER SEAL** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification and service of the same to the following counsel of record:

| | |
|---|---|
| Daniel R. Lavoie | J. Tyler Slavey |
| DRLavoieLaw PLLC | Slavey & Shumaker PLLC |
| 641 Lexington Ave, Floor 14 | 174 Chancery Row |
| New York, NY 10022 | Morgantown, WV 26505 |
| daniel@drlavoielaw.com | Tyler@sslawwv.com |

　　　　　　　　　　　　　　　　　　　　*/s/ R. Mitch Moore*
　　　　　　　　　　　　　　　　　　　　R. Mitch Moore (WV Bar # 13659)

26315240.1