IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

| | |
|---|---|
| STEPHEN J. BALISE, M.D., <br><br> **Plaintiff**, <br><br> v. <br><br> BRITTANY JACKSON, <br><br> **Defendant**. | CIVIL ACTION NO.: 1:24-CV-2 <br> (JUDGE KLEEH) |

### ORDER GRANTING DEFENDANT'S MOTION [ECF NO. 164] TO FILE MEMORANDUM OF LAW UNDER SEAL

Presently pending before the Court is Plaintiff's notice [ECF No. 156] of intent to issue subpoena, filed on June 19, 2025, and Defendant's objections thereto [ECF No. 158], also filed on June 19, 2205. By Referral Order [ECF No. 161] entered on June 23, 2025, the Hon. Thomas S. Kleeh, Chief United States District Judge, referred the issue to the undersigned United States Magistrate Judge to conduct a hearing and enter an order addressing the same.

Now also pending before the Court is Defendant's motion [ECF No. 164] to file a memorandum of law, in support of her objections, under seal. For the reasons set forth in the motion [ECF No. 164], it is hereby **GRANTED**. It is so **ORDERED**.

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to any parties who appear *pro se* by certified mail, return receipt requested, and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED: June 26, 2025**

                                                                       */s/ Michael John Aloi*
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE