# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT CLARKSBURG

| | |
|---|---|
| **STEPHEN J. BALISE, M.D.,** | ) CASE NO.: 1:24-cv-2 |
| Plaintiff, | ) |
| | ) Judge Thomas S. Kleeh |
| | ) Magistrate Judge Michael J. Aloi |
| v. | ) |
| | ) |
| **BRITTANY JACKSON,** | ) |
| | ) |

## AGREED ORDER TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS

On the 8th day of September, 2025, came Plaintiff, Stephen J. Balise, M.D., through his counsel, and Defendant Brittany Jackson, through her counsel, pursuant to L. R. Civ. P. 16(f)(1), and jointly moved, stipulated, and agreed to the entry of this Order to extend the deadline for filing Dispositive Motions set forth in this Court's *Second Amended Scheduling Order* [ECF No. 140] as follows:

- Dispositive Motions: September 29, 2025;
- Responses to Dispositive Motions: October 20, 2025;
- Replies to Responses to Dispositive Motions: November 3, 2025.

THEREFORE, and for good cause shown, this Court **ORDERS** that the *Second Amended Scheduling Order* is hereby **AMENDED**, and thus Dispositive Motions are due on September 29, 2025; Responses to Dispositive Motions are due on October 20, 2025; and Replies to Responses to Dispositive Motions are due on November 3, 2025.

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Scheduling Order to counsel of record.

Dated: September 8, 2025

_____
The Honorable Thomas S. Kleeh
Northern District of West Virginia

**Submitted and Agreed to by:**

*/s/ R. Mitch Moore*
Crystal Bombard-Cutright, Esq. (WV Bar # 11631)
R. Mitch Moore (WV Bar # 13659)
Steptoe & Johnson PLLC
1000 Swiss Pine Way, Suite 200
P.O. Box 1616
Morgantown, WV 26507-1616
Phone: 304-598-8000
*Counsel for Defendant Brittany Jackson*


*/s/ Tyler Slavey*
J. Tyler Slavey (WV Bar # 10786)
Slavey & Shumaker PLLC
174 Chancery Row
Morgantown, WV 26505
Tyler@sslawwv.com
*Counsel for Plaintiff*


*/s/ Daniel R. Lavoie*
Daniel R. Lavoie (*Pro Hac Vice*)
DRLavoieLaw PLLC
641 Lexington Ave, Floor 14
New York, NY 10022
daniel@drlavoielaw.com
*Counsel for Plaintiff*