**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

| | | |
|---|---|---|
| **STEPHEN J. BALISE, M.D.,** | ) | **CASE NO.: 1:24-cv-2** |
| | ) | |
| **Plaintiff,** | ) | **Judge Thomas S. Kleeh** |
| | ) | **Magistrate Judge Michael J. Aloi** |
| **v.** | ) | |
| | ) | |
| **BRITTANY JACKSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE**
**RENEWED MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

For good cause, *Defendant's Motion for Leave to File Renewed Motion for Summary Judgment Under Seal*, is hereby **GRANTED**. Defendant shall be afforded leave to file her *Renewed Motion for Summary Judgment*, Memorandum of Law in Support, and Exhibits 2-9, 11-22, 25, 29, 31-32, 36-37, and 39 thereto, **UNDER SEAL**.

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

Dated: September 30, 2025

*Tom 8 Kleeh*
_____
Thomas S. Kleeh, Chief Judge
Northern District of West Virginia

27173237.1