IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| STEPHEN J. BALISE, M.D., ) | |
| ) | CIVIL CASE NO: 1:24-cv-2 |
| Plaintiff, ) | |
| v. ) | Judge Thomas S. Kleeh |
| ) | Magistrate Judge Michael J. Aloi |
| BRITTANY JACKSON ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION FOR PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT BRITTANY JACKSON'S RENEWED MOTION FOR SUMMARY JUDGMENT AND IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

For good cause, Plaintiff's Motion to Exceed Page Limitation for Plaintiff's Response in Opposition to Defendant Brittany Jackson's Renewed Motion for Summary Judgment and in Further Support of Plaintiffs Motion for Summary Judgment, is hereby **GRANTED**. Plaintiff shall be permitted leave to file Plaintiff's 72-page *Response in Opposition to Defendant Brittany Jackson's Renewed Motion for Summary Judgment and in Further Support of Plaintiffs Motion for Summary Judgment (filed under seal)*.

IT IS SO **ORDERED**

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

Dated: October 21, 2025

_____
The Honorable Thomas S. Kleeh,
Northern District of West Virginia

1