IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| STEPHEN J. BALISE, M.D., | ) CASE NO.: 1:24-cv-2 |
|  | ) |
| Plaintiff, | ) Judge Thomas S. Kleeh |
|  | ) Magistrate Judge Michael J. Aloi |
| v. | ) |
|  | ) |
| BRITTANY JACKSON, | ) |
|  | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT BRITTANY JACKSON'S RENEWED MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

For good cause, Plaintiff's Motion for Leave to File Plaintiff's Response in Opposition to Defendant Brittany Jackson's Renewed Motion for Summary Judgment Under Seal is hereby **GRANTED**. Plaintiff shall be permitted leave to file Plaintiff's Response in Opposition to Defendant Brittany Jackson's Renewed Motion for Summary Judgment, and any and all exhibits attached thereto, under seal.

IT IS SO **ORDERED**

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

Dated: October 22, 2025

_____
The Honorable Thomas S. Kleeh,
Northern District of West Virginia