IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| **STEPHEN J. BALISE, M.D.,** | ) CASE NO.: 1:24-cv-2 |
| Plaintiff, | ) |
| | ) **Judge Thomas S. Kleeh** |
| v. | ) **Magistrate Judge Michael J. Aloi** |
| | ) |
| **BRITTANY JACKSON,** | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANT BRITTANY JACKSON'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT BRITTANY JACKSON'S RENEWED MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

For good cause, *Defendant Brittany Jackson's Motion for Leave to File Defendant Brittany Jackson's Reply to Plaintiff's Response to Defendant Brittany Jackson's Renewed Motion for Summary Judgment Under Seal*, is hereby **GRANTED**. Defendant shall be afforded leave to file, *Defendant Brittany Jackson's Reply to Plaintiff's Response to Defendant Brittany Jackson's Renewed Motion for Summary Judgment,* and any exhibits thereto, **UNDER SEAL**.

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

Dated: November 3, 2025

_____
Thomas S. Kleeh, Chief Judge
Northern District of West Virginia