IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| **STEPHEN J. BALISE, M.D.,** | ) CASE NO.: 1:24-cv-2 |
| | ) |
| Plaintiff, | ) **Judge Thomas S. Kleeh** |
| | ) **Magistrate Judge Michael J. Aloi** |
| v. | ) |
| | ) |
| **BRITTANY JACKSON,** | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE DECLARATIONS OF DR. BALLOU AND DR. AFRIDI AND PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

For good cause, Plaintiff's Motion for Leave to File Plaintiff's Response in Opposition to Defendant's Motion to Strike Declarations of Dr. Ballou and Dr. Afridi and Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment Under Seal is hereby **GRANTED**. Plaintiff shall be permitted leave to file: a) Plaintiff's Response in Opposition to Defendant's Motion to Strike Declarations of Dr. Ballou and Dr. Afridi; and b) Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment under seal in this matter.

IT IS SO **ORDERED**

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

Dated: November 4, 2025

_____
The Honorable Thomas S. Kleeh,
Northern District of West Virginia