# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT CLARKSBURG

| | |
|---|---|
| **STEPHEN J. BALISE, M.D.,** | ) CASE NO.: 1:24-cv-2 |
| | ) |
| Plaintiff, | ) **Judge Thomas S. Kleeh** |
| | ) **Magistrate Judge Michael J. Aloi** |
| v. | ) |
| | ) |
| **BRITTANY JACKSON,** | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING DEFENDANT BRITTANY JACKSON'S MOTION FOR LEAVE TO FILE SURREPLY IN FURTHER SUPPORT OF DEFENDANT BRITTANY JACKSON'S RENEWED MOTION FOR SUMMARY JUDGMENT

For good cause, *Defendant Brittany Jackson's Motion for Leave to File Surreply in Further Support of Defendant Brittany Jackson's Renewed Motion for Summary Judgment* is hereby **GRANTED**. The Clerk shall file **ECF No. 258-1** as Defendant's *Surreply in Further Support of Defendant Brittany Jackson's Renewed Motion for Summary Judgment*.

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

Dated: December 19, 2025

*/s/ Tom S Kleeh*
_____
Thomas S. Kleeh, Chief Judge
Northern District of West Virginia