```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**STEPHEN J. BALISE, M.D.,**

      **Plaintiff,**

  v.                                        Civil Action No. 1:24-cv-2

**BRITTANY JACKSON,**

      **Defendant.**

## ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL AND SETTING MOTION HEARING

The Court is in receipt of *Plaintiff's Motion to Continue Trial and Amend Scheduling Order* [ECF No. 262], as well as *Defendant Brittany Jackson's Response in Opposition to Plaintiff's Motion to Continue Trial and Amend Schedule* [ECF No. 263]. For reasons appearing to the Court, Plaintiff's Motion is **GRANTED IN PART AND DENIED IN PART.** The Court hereby **STAYS** the remaining pretrial deadlines in the Scheduling Order [ECF No. 140]. The pretrial conference and trial are **CONTINUED** until the Court rules on the pending Cross Motions for Summary Judgment [ECF Nos. 217, 225]. The pretrial conference and trial will be rescheduled by separate order, if necessary.

The Court also **SCHEDULES** a hearing to take up the pending Cross Motions for Summary Judgment [ECF Nos. 217, 225] on **February 2, 2026,** at **10:00 a.m.**, at the **Clarksburg, West Virginia**, point of holding court.

Further Plaintiff may file a motion to file a surresponse, including the proposed surresponse, by **January 7, 2026.**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: December 22, 2025

*/s/ Tom S. Kleeh*

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA