```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**STEPHEN J. BALISE, M.D.,**

    **Plaintiff,**

  v.                              Civil Action No. 1:24-cv-2

**BRITTANY JACKSON,**

    **Defendant.**

**ORDER DENYING REMOTE APPEARANCE [ECF NO. 267]**

Pending before the Court is *Plaintiff's Motion for Plaintiff's Counsel Daniel R. Lavoie for Leave to Appear Remotely* [ECF No. 267]. The Court finds that Plaintiff's Motion fails to establish good cause to warrant counsel to appear remotely for a dispositive motions hearing. Accordingly, Plaintiff's Motion [ECF No. 267] is **DENIED.**

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: January 29, 2026

*[signature: Tom S Kleeh]*

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA